UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-37 (JWB/DTS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO EXTEND TIME FOR |
| | ) | PRETRIAL MOTIONS |
| BRENNA MARIE DOYLE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Brenna Marie Doyle moves to extend the time for filing of pretrial motions, and all related dates, by 30 days. Motions are currently due to be filed by March 19, 2026. Ms. Doyle requests a new date of April 20, 2026.

In support of this motion, Ms.Gerlach states:

1.    Undersigned counsel received discovery in this matter on March 5, 2026.

2.    Since then, the parties have indicated a desire to resolve this matter short of trial, but they have been unable to find a time to negotiate a resolution.

3.    Ms. Doyle resides in Spokane, Washington, which makes it difficult for counsel to confer with her.

4.    A continuance is necessary to give the parties the time they need to reach a resolution of this matter, which will make pretrial motions unnecessary. By avoiding the unnecessary filing of pretrial motions, a continuance will promote judicial economy.

5.    Ms. Doyle agrees that the requested continuance serves the interests of

justice and that those interests outweigh the interests of the public and the parties in a speedy trial. Accordingly, the time from the date of this motion to the new date set for the filing of pretrial motions should be excluded from the calculations of the Speedy Trial Act.

6.      The government, through Assistant United States Attorney Benjamin Behar, has no objection to this motion.

Dated:  March 11, 2026

Restpectfully submitted,

*s/ Robert D. Richman*
ROBERT D. RICHMAN
Attorney ID No. 226142

LAW OFFICES OF
ROBERT D. RICHMAN, LLC
P.O. Box 16643
St. Louis Park, MN  55416
(651) 278-4987